# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROBERT DEEMER

NO. 2024 KW 0820

**NOVEMBER 4, 2024**

---

In Re:    Robert Deemer, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-24-00929.

---

**BEFORE:    McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the district court acted on relator's motion to quash on October 8, 2024.

**PMc**
**JEW**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT